DAVID W. QUINTO, ESQ. (SBN 106232)
  davidquinto@dwt.com
SCOTT R. COMMERSON, ESQ. (SBN 227460)
  scottcommerson@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiffs
The Academy of Television Arts & Sciences

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACADEMY OF TELEVISION ARTS & SCIENCES, A California nonprofit corporation<br><br>            Plaintiff,<br><br>      v.<br><br>HERITAGE AUCTIONS, a Texas corporation; PATRICIA HOUSTON, individually and on behalf of the WHITNEY HOUSTON ESTATE, and DOES 1 through 100,<br><br>            Defendants. | Case No. 2:16-CV-04518-PA-E<br><br>**ORDER GRANTING STIPULATION REGARDING ENTRY OF PRELIMINARY INJUNCTION**<br><br>Before the Honorable Percy Anderson<br>Courtroom 15 |

## ORDER

In consideration of the Stipulation Regarding Entry of Preliminary Injunction, executed by plaintiff, the Academy of Television Arts & Sciences and defendant Heritage Auctions, on the other, IT IS HEREBY ORDERED that the Temporary Restraining Order requested by Plaintiff and granted by the Court on June 23, 2016, be converted to a Preliminary Injunction. Accordingly, all Defendants, as well as their respective officers, agents, servants, employees, attorneys, and all those working in concert with them, during the pendency of the instant action, are enjoined from reproducing, distributing, displaying, promoting, offering for sale and/or selling, advertising about or distributing the 1986 Emmy Statuette awarded to the late Whitney Houston. The bond requirement is waived. The deadlines for briefing on the OSC regarding preliminary injunction are vacated.

IT IS SO ORDERED.

Dated: June 24, 2016

_____
HON. PERCY ANDERSON

1
[PROPOSED] ORDER RE ENTRY OF PRELIMINARY INJUNCTION
DWT 29907022v1 0050033-001069

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
Ph: (213) 633-6800 * Fax: (213) 633-6899